**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01469-MSK-NRN

RONNIE KEYES,

    Plaintiff,
v.

UNITED STATES OF AMERICA,

    Defendant.

## EXHIBIT LIST

Exhibit 1    Declaration of Anthony Bigesby

Exhibit 2    Declaration of Gillian Fleck

Exhibit 3    Declaration of Michael Thomas