**Exhibit 1**

Declaration of Anthony Bigesby

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01469-MSK-MJW
RONNIE KEYES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

### DECLARATION OF ANTHONY BIGESBY

---

I, Anthony Bigesby, make the following declaration in lieu of an affidavit as permitted by 28 U.S.C. § 1746. I am aware that this declaration will be filed with the District Court for the District of Colorado and that it is the legal equivalent of a statement under oath.

1. I am an employee of the United States State Marshal Service (USMS) in the Prisoner Operations Division (POD) located at USMS headquarters in Arlington, Virginia. I have been employed by the USMS since October of 2012. My duties as they relate to contracts are as follows: supervision of procurement analysts and procurement services for POD.

2. The Aurora Detention Facility (ADF) is a detention facility that is privately owned and operated by The GEO Group, Inc. ("GEO" or "the Contractor"). Pursuant to a contract between GEO and the USMS ("the ADF Contract"), the ADF currently houses 320 USMS prisoners. The following publicly accessible link contains a true and accurate copy of the contract between GEO and the USMS for the operation of the ADF: https://www.usmarshals.gov/foia/IGAs_Cap_Agreements/Colorado/aurora_det_facility.pdf.

3. The USMS does not own or operate its own detention facilities; rather, because of

the substantial experience of the Federal Bureau of Prisons (BOP) and state and local governments in matters of confinement, it relies substantially upon the facilities owned and operated by those entities to fulfill its detention needs.  However, in certain geographic areas, when the USMS is unable to find a suitable or sufficient BOP or state or local facility, pursuant to the authority granted at 18 U.S.C. § 4013 as well as the Department of Justice Appropriations Act of 2001 (Public Law 106-553), the USMS may undertake to contract with a private entity for the housing of federal detainees.

4. In 2012, in the District of Colorado, the USMS found that it lacked sufficient facilities at which to house federal detainees.  Accordingly, the Office of the Federal Detention Trustee (now, a part of the USMS but, in 2012, an independent office within the DOJ responsible for the contracting upon behalf of the USMS for detention services) initiated a competitive bidding process and, after considering such factors as the offerors' technical capability, price and past performance in rendering the same or similar services, found that the ADF represented the best value to the government for detention services and it awarded a contract to the ADF.

5. The USMS' contract for the ADF specifically requires that the Contractor provide "all necessary personnel, equipment, materials, supplies and services for the management of comprehensive detention services, which include, but are not limited to, security, medical services, food service, safety, and sanitation."  The contract further states in Section C.1. Background that "[th]e Contractor is solely responsible for the safety and well being of the federal detainees."

6. Section C.2.5 of the ADF Contract further clarifies the Contractor's duties with respect to medical services.  Pursuant to that section, GEO is responsible for "all medical and pharmaceutical treatment provided to federal detainees within the facility and shall provide the

full range of medical care required within the facility including dental care, mental health care, pharmaceuticals, and record-keeping." While the Contractor is required to request approval of all treatment to be provided outside the facility, Section 2.3.5 of the ADF Contract clarifies that, "in the event of an emergency, the contractor shall proceed immediately with necessary treatment", notifying the USMS Colorado of the treatment provided and estimated cost thereof.

7. Pursuant to Section C.2 of the ADF Contract, GEO is responsible for hiring all personnel for the services to be rendered, to include personnel for medical services. The Contractor pays all employment taxes for all such personnel, including Social Security and Medicare taxes.

8. Pursuant to Section H.3 of the ADF contract, the Contractor is to provide medical and professional liability insurance for nurses, doctors, attorneys, counselors, psychologists and/or social workers and, pursuant to Section C.2.3, to indemnify the Government from and against any and all claims arising out of its acts or omissions. Section C.2.3. states:

> The Contractor shall protect, defend, indemnify, save, and hold harmless the United States Government, the DOJ and its employees or agents, from and against any and all claims, demands, expenses, causes of action, judgments and liability arising out of, or in connection with, any negligent acts or omissions of the Contractor, its agents, sub-contractors, employees, assignees, or any one for whom the Contractor may be responsible.

Additionally, pursuant to FAR Clause 52.237, which is incorporated into the ADF Contract by reference, the Contractor assumes all liability by its employees or agents and agrees to indemnify the Government with respect to any liability producing acts or omissions by it or by its employees or agents.

9. The ADF Contract is a nonpersonal services contract under which the professional services rendered by the ADF are rendered in its capacity as an independent

contractor. While the USMS is able to evaluate the quality of professional and administrative services provided, it retains no control over professional aspects of the services rendered, including, by example, the Contractor's professional medical judgment, diagnosis, or specific medical treatments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2018, in Arlington, Virginia

s/Anthony Bigesby<br>Name