Exhibit A: Anthony Bigesby Supplemental Declaration

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01469-MSK-MJW
RONNIE KEYES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## SUPPLEMENTAL DECLARATION OF ANTHONY BIGESBY

---

I, Anthony Bigesby, make the following supplemental declaration in lieu of an affidavit as permitted by 28 U.S.C. § 1746. I am aware that this declaration will be filed with the District Court for the District of Colorado and that it is the legal equivalent of a statement under oath.

1.     I am employed by the United States Marshals Service (USMS) and hold the position of Chief of Procurement for the USMS Prisoner Operations Division ("POD"). In this position, I supervise procurement analysts and procurement services for POD.

2.     By virtue of my position as Chief of Procurement for the USMS POD, I have read and am familiar with Contract No. ODT-12-C-0003. Accordingly, when requested to do so by counsel for the United States, on August 24, 2018, I executed a declaration in support of a Motion to Dismiss (hereinafter "Original Declaration") in the above-captioned case. In that Original Declaration, I attempted to make the point that the contractor's duties under the contract are comprehensive and solely its own and, by way of illustration, quoted several provisions of the contract. In particular, in ¶ 5 of my Original Declaration, I stated that the "[t]he contract further states in Section C.1. Background that '[th]e Contractor is solely responsible for the

safety and well being of the federal detainees."

3.  The statement which I made in ¶ 5 of my Original Declaration contains an error. The contract provision that "[th]e Contractor is solely responsible for the safety and well being of the federal detainees" is found in Section 12. Brief Description of OF 307 of the Contract No. ODT-12-C-0003, not Section C.1. Background as I stated.  See

https://www.usmarshals.gov/foia/IGAs_Cap_Agreements/colorado/aurora_det_facility.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2018, in Arlington, Virginia.

Anthony Bigesby
Chief of Procurement

2