**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01469-JLK

RONNIE KEYES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**STIPULATED LIMITED DISCOVERY SCHEDULE AND ORDER**
_____

The parties' Joint Proposed Discovery Schedule, filed in response to the Court's Order dated December 6, 2018 [Doc. 52], is issued as follows:

### 1. APPROPRIATE SCOPE OF DISCOVERY

The parties anticipate needing the following discovery on the discretionary function issue:

    **A.    Written Requests**

The parties will continue to exchange documents pursuant to their disclosure obligations under F.R.C.P. 26(a)(1). To the extent documents have not already been provided, Plaintiff may serve five requests for production of documents to Defendant. Defendant may serve five requests for production of documents to Plaintiff.

The parties do not anticipate a need for Interrogatories or Requests for Admissions on the limited question at issue.

### B. Depositions

In addition to Plaintiff's deposition, the depositions of Deputies Thomas and Fleck will be scheduled.

No other depositions may be needed to address the discretionary function exception, but the United States will not oppose additional depositions if warranted as a result of the anticipated discovery. The Parties do not propose any modifications to the limitations on the presumptive length of depositions provided in Fed. R. Civ. P. 30(d)(2); however, the parties propose limiting the length of the depositions to three hours on the discretionary function exception and reserving four hours to re-depose the deponent on the merits of the case if necessary at another time.

### C. Timeline for Completion of Discovery

In order to adequately prepare for depositions, the parties will serve discovery requests no later than January 31, 2019. Discovery responses will be due by March 15, 2019.

The trial of *Keyes v. The GEO Group*, Adams County District Court Case No. 2017CV30166 is scheduled for the week of February 25, 2019. The parties will conduct depositions after the completion of that trial. Depositions will be completed no later than March 29, 2019.

## 2. SUPPLEMENTAL BRIEFING

The parties anticipate the need for limited supplemental briefing on the discretionary function issue to present and discuss evidence from discovery. The parties' briefs will be filed simultaneously on or before April 19, 2019.

## 3. OTHER ISSUES

Defendant notes that under Fed. R. Civ. P. 12(a)(4), it is possible that the United States is required to file its answer to the complaint within 14 days of the prior ruling on the independent contractor exception. The deadline for the United States to file its Answer will be 10 days after this

Court's ruling on the discretionary function exception.

DATED this 19th day of December, 2018.

                                                    /s/ John L. Kane
                                                    JOHN L. KANE
                                                    SENIOR U.S. DISTRICT JUDGE

APPROVED:

| s/ Liana Orshan | s/ Chris Allman |
|---|---|
| David Lane | Christopher Allman |
| Liana Orshan | Andrea Taylor |
| Killmer Lane & Newman, LLP | Assistant United States Attorneys |
| 1543 Champa Street, Suite 400 | District of Kansas |
| Denver, CO 80202 | 500 State Avenue, Suite 360 |
| Phone: (303) 571-1000 | Kansas City, KS 66101 |
| Facsimile: (303) 571-1001 | Phone: 913-551-6684 |
| dlane@kln-law.com | Facsimile: 913-551-6541 |
| lorshan@kln-law.com | Chris.Allman@usdoj.gov |
| | Andrea.Taylor@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |