# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01469-JLK

RONNIE KEYES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## CERTIFICATE OF SERVICE

I certify that on February 15, 2019, the documents identified in the **United States' Supplemental Rule 26 Initial Disclosures, along with bate stamped documents US 0178-188,** were sent by electronic mail to the following Attorneys for Plaintiff:

    David Lane
    dlane@kln-law.com

    Liana Orshan
    lorshan@kln-law.com

I further certify that on this date, this Certificate of Service was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's attorneys as shown above.

I further certify that there are no non-CM/ECF participants.

Respectfully submitted,

WILLIAM P. BARR
ATTORNEY GENERAL OF THE UNITED STATES

STEPHEN R. MCALLISTER
United States Attorney for the District of Kansas

s/ James Christopher Allman
JAMES CHRISTOPHER ALLMAN
KS S. Ct. No. 14225

s/ Andrea L. Taylor
ANDREA L. TAYLOR
MO Bar No. 42733; KS Fed Bar No. 70422
Special Attorneys
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Telephone:  (913) 551-6730
Fax:  (913) 551-6541
Email:  Chris.Allman@usdoj.gov
Email:  Andrea.Taylor@usdoj.gov

Counsel for the United States