**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01469-JLK

RONNIE KEYES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

---

**JOINT MOTION TO EXTEND THE DEADLINE TO COMPLETE DISCOVERY
PERTAINING TO THE DISCRETIONARY FUNCTION EXCEPTION**

---

The parties, through their respective undersigned counsel, respectfully submit this Joint Motion to Extend the deadline for Plaintiff to take depositions in this case through April 19, 2019, as follows:

1. March 29, 2019, is the current deadline for Plaintiff to take the depositions of United States Deputy Marshals Thomas and Fleck on the discretionary function exception.[1] *See* [Doc. 54]. All written discovery on the issue of the discretionary function exception has been completed, but due to the issues set forth below, the parties have not yet scheduled those depositions.

2. Although the parties suggested the March 29, 2019, deadline to this Court, many unexpected events have prevented scheduling those depositions. Since that deadline was

---

[1] The United States does not intend to take Plaintiff's deposition at this time. If this case is not dismissed on the discretionary function exception, the United States would take his deposition in a discovery time-frame then established by the Court.

established, counsel for the United States were negatively impacted by the 35 day partial government shutdown. That shutdown prevented the United States Attorney's Office from seeking to hire a Civil AUSA for the Kansas City, Kansas, Civil Division (where counsel for the Untied States is based) to replace the attorney who departed in November 2018. Two other Civil AUSAs unexpectedly left the USAO, one in January 2019 during the partial shutdown, and the other on March 1, 2019. Based upon these departures from the Kansas City USAO, both counsel for the United States have been reassigned many pending cases, including cases in the Tenth Circuit Court of Appeals, the federal district court, the bankruptcy court, and the state courts of Kansas. Although the USAO is in the hiring process, none of those three Civil AUSA positions will be filled until after a background check of the three contingent candidates is complete. The background check typically takes two months or longer to complete.

   3. In addition to the departure of three Civil AUSAs, one of the two Civil Legal Assistants in the Kansas City, Kansas, USAO, announced her retirement last week.

   4. Because of the pressing schedule of counsel for United States, counsel has less availability than anticipated for the two depositions that need to occur here. Based upon these circumstances, the parties jointly request this Court extend the current deadline to conduct depositions to April 19, 2019, completing discovery on the discretionary function exception within the next month.

   5. The parties also respectively request that the deadline for filing their supplemental briefing on the discretionary function to present and discuss evidence from discovery, currently April 19, 2019, is likewise extended through May 10, 2019.

Approved and Submitted by:

<div style="display: flex;">

<div>

*s/ Liana Orshan*
David Lane
Liana Orshan
Killmer Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO  80202
Phone:  (303) 571-1000
Facsimile: (303) 571-1001
dlane@kln-law.com
lorshan@kln-law.com

*Counsel for Plaintiff*

</div>

<div>

*s/ Christopher Allman*
Christopher Allman
Andrea Taylor
Assistant United States Attorneys
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Phone: 913-551-6684
Facsimile: 913-551-6541
Chris.Allman@usdoj.gov
Andrea.Taylor@usdoj.gov

*Counsel for Defendant*

</div>

</div>

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March 2019 I filed this **JOINT MOTION TO EXTEND THE DEADLINE TO COMPLETE DISCOVERY PERTAINING TO THE DISCRETIONARY FUNCTION EXCEPTION** via CM/ECF, and CM/ECF will generate a Notice of Electronic Filing to the following:

David Lane
Liana Orshan
Killmer Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO  80202
Phone:  (303) 571-1000
Facsimile: (303) 571-1001
dlane@kln-law.com
lorshan@kln-law.com

*s/ Christopher Allman*
Assistant United States Attorney